UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUTHER LOPEZ,<br><br>        Plaintiff,<br><br>   -against-<br><br>NEW YORK SECRETARY OF STATE ROBERT RODRIGUEZ, in his official capacity,<br><br>        Defendant. | 23cv10751 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 10, 2024
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge